MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: 415.436.6857
Facsimile: 415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>$109,800 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendant.<br><br>NINH TRAN AND TUNG TRAN,<br><br>　　　　　Claimants. | No. 11-CV-1967 EMC<br><br>ORDER STAYING THE INSTANT ACTION |

1     UPON CONSIDERATION of the parties' stipulation to stay the instant case and pursuant

2 to 18 U.S.C. § 981(g)(1), it is by the Court on this __12th__ day of July, 2011,

3     ORDERED that the instant case be, and hereby is, STAYED, until further order of this

4 Court; and it is further

5     ORDERED that the United States provide a report every 120 days, beginning with 120

6 days from the date of this order, as to the status of the related state criminal case which is the

7 basis for the stay.

THE HONORABLE _____ M. CHEN
United _____

IT IS SO ORDERED
Judge Edward M. Chen

14 Approved as to form:

16 DUYEN H. NGUYEN
17 Attorney for Claimants
Ninh Tran and Tung Tran

Order Staying the Instant Case
No. 11-CV-1967                                  2