MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-CV-1967 EMC |
|                 Plaintiff, | |
| v. | REPORT OF THE UNITED STATES TO THE COURT |
| $109,800 IN UNITED STATES CURRENCY, | ORDER RESETTING CMC |
|                 Defendant. | |
| NIN TRAN AND TUNG TRAN, | |
|                 Claimants. | |

1  On April 22, 2011, the United States filed this civil forfeiture action seeking to forfeit
2  defendant $109,800 which law enforcement seized during the execution of a search warrant in
3  connection with a drug trafficking investigation. 21 U.S.C. § 881(a)(6). After claimants Nin Tran
4  and Tung Tran filed claims on June 22, 2011, the parties in July 2011 stipulated to a stay of this case
5  until a related state court criminal case is resolved, *People of the State of California v. Luc Tran*
6  *(7/19/1987), aka Tran Luc Tien, Linh Nhat Tran (10/18/1983), et al.,* DA No. 101127526, filed
7  November 11, 2010 (Superior Court, Santa Clara County, San Jose Facility). The first two named
8  defendants in the state case are the sons of Ninh Tran, a claimant in this case, and nephews of Tung
9  Tran, also a claimant in this case. 18 U.S.C. § 981(g)(1) and (2). The Court entered the parties'
10 stipulation as an order. Stipulation and Order, entered July 12, 2011.

11  Pursuant to the stipulated stay, the United States is filing this report on the status of the
12 related state criminal case. In short, the conditions on which the stay was obtained are still in effect
13 because the criminal case has not been resolved as to the defendant sons of claimant Ninh Tran. The
14 state prosecutor, Johnny Gogo, has informed the undersigned that the criminal state court case is
15 pending with the criminal trial scheduled for February 14, 2012.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: November 14, 2011

                    /s/
PATRICIA J. KENNEY
Assistant United States Attorney

IT IS SO ORDERED that the Case Management Conference is reset from 1/6/12 to
3/2/12 at 9:00 a.m. A joint CMC Statement shall be filed by 2/24/12.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

US Report to th[e]
No. 11-CV-1967