MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

  450 Golden Gate Avenue
  San Francisco, California 94102
  Telephone: 415.436.6857
  Facsimile:  415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-CV-1967 EMC |
| Plaintiff, | |
| v. | REPORT OF THE UNITED STATES TO THE COURT |
| $109,800 IN UNITED STATES CURRENCY, | ORDER RESETTING CMC |
| Defendant. | |
| NIN TRAN AND TUNG TRAN, | |
| Claimants. | |

1    Pursuant to the stipulated stay and the November 15, 2011 Order of the Court, the United
2    States is filing this report on the status of the related state criminal case. *See* Docket Sheet, No. 21.
3    On April 22, 2011, the United States filed this civil forfeiture action seeking to forfeit
4    defendant $109,800 which law enforcement seized during the execution of a search warrant in
5    connection with a drug trafficking investigation. 21 U.S.C. § 881(a)(6). After claimants Nin Tran
6    and Tung Tran filed claims on June 22, 2011, the parties in July 2011 stipulated to a stay of this case
7    until a related state court criminal case is resolved, *People of the State of California v. Luc Tran*
8    *(7/19/1987), aka Tran Luc Tien, Linh Nhat Tran (10/18/1983), et al.,* DA No. 101127526, filed
9    November 11, 2010 (Superior Court, Santa Clara County, San Jose Facility). The first two named
10   defendants in the state case are the sons of Ninh Tran, a claimant in this case, and nephews of Tung
11   Tran, also a claimant in this case. 18 U.S.C. § 981(g)(1) and (2). The Court entered the parties'
12   stipulation as an order. Stipulation and Order, entered July 12, 2011.
13   Before filing this report, the undersigned spoke with counsel for claimants who stated that
14   he understood the state court case is still pending and that the undersigned would be filing another
15   report. In addition, on February 24, 2012, the undersigned spoke with the state prosecutor in the
16   related case to obtain updated information on its status.
17   The conditions on which the stay was obtained are still in effect because the criminal case
18   has not been resolved as to the defendant sons of claimant Ninh Tran. The state prosecutor, Johnny
19   Gogo, has informed the undersigned that the criminal state court case is pending and that a trial in
20   that case is currently scheduled for March 26, 2012, but that the March 26 trial date will likely be
21   rescheduled because a number of criminal defendants in this multi-defendant case anticipate filing
22   motions.

                                                            Respectfully submitted,

                                                            MELINDA HAAG
                                                            United States Attorney

Dated: February 24, 2012                                          /s/
IT IS SO ORDERED that the CMC is reset from      PATRICIA J. KENNEY
3/2/12 at 9:00 a.m. to 5/25/12 at 9:00 a.m.      Assistant United States Attorney

_____
Edward M. Chen, U.S. District Judge
US Report to the Court
No. 11-CV-1967 EMC



IT IS SO ORDERED
Judge Edward M. Chen