1   MELINDA HAAG (CSBN 132612)
    United States Attorney

2

3   MIRANDA B. KANE (CSBN 150630)
    Chief, Criminal Division

4   PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495

7       Telephone:  415.436.6857
        Facsimile:   415.436.6748

8   Attorneys for the United States of America

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,          )        No. 11-CV-~~1067~~ EMC (MEJ)
                                         )            1967 EMC
15                    Plaintiff,         )
                                         )
16            v.                         )        SETTLEMENT AGREEMENT
                                         )
17   $109,800 IN UNITED STATES           )
     CURRENCY,                           )
18                                       )
                      Defendant.         )
19   _____)
                                         )
20   NINH TRAN AND JAMES TUNG TRAN       )
     a/k/a TUNG TRAN,                    )
21                                       )
                      Claimants.         )
22   _____)

23

24

25

26

27

28

1.     Plaintiff is the United States of America ("United States"). Defendant is $109,800. Claimant Ninh Tran and claimant James Tung Tran a/k/a Tung Tran are the only parties to have filed a timely claim and answer in order to appear and defend defendant $109,800. The United States and claimant Ninh Tran and claimant James Tung Tran a/k/a Tung Tran are hereafter referred to as the "Parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

2.     After full and open discussion regarding the remaining claims in this case, the Parties have agreed to resolve any and all remaining claims. Specifically, to avoid continued and protracted litigation, the parties have agreed to resolve any and all claims asserted or which could have asserted against defendant $109,800, as well as against any and all claims asserted or which could have been asserted against past and present officials, employees and agents of the United States, including those at the United States Department of Justice and at the Drug Enforcement Administration and all state and local law enforcement officers and agents, arising out of: the seizure of defendant $109,800, the allegations in the civil complaint for forfeiture underlying this action and the forfeiture contemplated by this Settlement Agreement.

3.     The Parties agree the resolution of their claims is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the Parties. The Parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the Parties. The Parties have entered into this Agreement in lieu of prolonged litigation and District Court adjudication.

4.     This Settlement Agreement is expressly understood by the Parties not to be an adjudication on the merits of any factual or legal issue involving claims which were brought, or could have been brought. As such, the Parties agree that the Settlement Agreement does not constitute an admission that either claimant Ninh Tran, claimant James Tung Tran a/k/a Tung Tran or the United States, or any past or present official, employee or agent of the United States, including the United States Department of Justice and the Drug Enforcement Administration, has in any way

1   violated any law, including the Constitution, any statute or regulation.  The Parties further agree that

2   this Settlement Agreement does not constitute precedent on any legal issue for any purpose.

3        5.     The parties agree that $54,900 of defendant $109,800 will be forfeited to the United

4   States without further notice to claimant Ninh Tran and claimant James Tung Tran a/k/a Tung Tran.

5   The parties further agree that the remaining $54,900 of defendant $109,800 will be returned to

6   claimants Ninh Tran and James Tung Tran a/k/a Tung Tran plus interest accrued, under 28 U.S.C.

7   §1961, from the date that the Court enters this Settlement Agreement as an order. The $54,900 plus

8   accrued interest will be paid by wire transfer to the account designated by claimants Ninh Tran and

9   James Tung Tran a/k/a Tung Tran on a properly filled out ACH form and claimants Ninh Tran and

10  James Tung Tran a/k/a Tung Tran will provide a properly filled out W9 form to the United States.

11  The United States will provide copies of both forms to be completed to counsel for claimants Duyen

12  Nguyen. Upon receipt of the properly completed forms from counsel for claimants Ninh Tran and

13  James Tung Tran a/k/a Tung Tran and the entry of this Settlement Agreement as an order, the United

14  States will commence processing the payment to claimants Ninh Tran and James Tung Tran a/k/a

15  Tung Tran under this Agreement.

16       6.     Payment of the $54,900 to claimants Ninh Tran and James Tung Tran a/k/a Tung

17  Tran shall be in full settlement and complete satisfaction of any and all claims which claimants, their

18  heirs, representatives and assignees made, or could have made, in this case.  Further, claimants Ninh

19  Tran and James Tung Tran a/k/a Tung Tran release and discharge the United States, as well as any

20  past and present officials, employees, agents, attorneys, their successors and assigns, and those of

21  the state and local law enforcement officers from any and all claims which were made or could have

22  been made in this case.

23       7.     Claimants Ninh Tran and James Tung Tran a/k/a Tung Tran also agree to hold

24  harmless the United States, its agencies, agents, and representatives and those of the state and local

25  law enforcement officers for any and all claims, if any, arising out of: the seizure of defendant

26  $109,800, the allegations in the civil complaint for forfeiture underlying this action and the forfeiture

27  contemplated by this Settlement Agreement.

28  ///

Settlement Agreement
No. 11-CV-1967 EMC (MEJ)        3

8.      Each party agrees to bear its or his own attorney fees and costs related to this action.

9.      The Parties agree that, should any dispute arise with respect to the implementation of the terms of this Settlement Agreement, no party shall seek to rescind the Agreement but can apply to the Court, if necessary, for enforcement of the Agreement. The Parties agree that the Court retains jurisdiction for purposes of enforcing this Settlement Agreement. In any such enforcement proceeding, however, each Party agrees to bear its or his own attorney fees and costs.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Settlement Agreement
No. 11-CV-1967 EMC (MEJ)                    4

1         10.    Based on the foregoing, the parties agree that this action be dismissed.

2

3    IT IS SO STIPULATED:           MELINDA HAAG
                             United States Attorney

4    Dated: April 29, 2013

5                                 PATRICIA J. KENNEY
                             Assistant United States Attorney

6                                 Attorneys for the United States

7                                 LAW OFFICES OF DUYEN H. NGUYEN

8    Dated:  April 29, 2013

9                                 DUYEN H. NGUYEN
                             Attorneys for claimant Ninh Tran and
                             James Tung Tran a/k/a Tung Tran

10   Dated: April 29, 2013

11                                NINH TRAN
                             Claimant

12   Dated: April 29, 2013

13                                JAMES TUNG TRAN a/k/a TUNG TRAN
                             Claimant

14

15        I, Duyen H. Nguyen, declare under penalty of perjury that I faithfully and accurately

16   translated the entire foregoing document to Ninh Tran from English into Vietnamese and that Ninh

17   Tran told me he understood all the terms contained in this document before signing above on lines

18   10-11. Executed on this 29th day of April, 2013 in San Francisco, California.

19

20   -                               DUYEN H. NGUYEN

21                                Attorneys for claimant Ninh Tran and
                               James Tung Tran a/k/a Tung Tran

22

23

24   IT IS SO ORDERED ON THIS _____ 30th DAY OF _____ April _____ 2013

25

26                                HONORABLE EDWARD M. CHEN
                             United States District Court

27

28

                                       IT IS SO ORDERED
                                       Judge Edward M. Chen