MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA B. KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile: 415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $109,800 IN UNITED STATES CURRENCY, <br><br> Defendant. <br><br> NINH TRAN AND JAMES TUNG TRAN a/k/a TUNG TRAN, <br><br> Claimants. | No. 11-CV-1067 EMC (MEJ) <br><br> JUDGMENT AND DISMISSAL OF THIS ACTION |

UPON CONSIDERATION of the parties' settlement agreement, the entire record and for good cause shown, it is by the Court on this ___30th___ day of April, 2013

ORDERED, ADJUDGED AND DECREED that $54,900 of defendant $109,800 be, and hereby is, FORFEITED to the United States with direction to the United States Marshal to dispose of it in accordance with law; and it is further

ORDERED that $54,900 of defendant $109,800 will be returned to claimant Ninh Tran and James Tung Tran a/k/a Tung Tran after compliance with the terms of the Settlement Agreement and in accordance with the normal procedures which the Drug Enforcement Administration has for returning property; and it is further

ORDERED that this case be, and hereby is, DISMISSED.

_____
HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

APPROVED AS TO FORM:

/s/ Pat J. Kenney
PATRICIA J. KENNEY
Assistant United States Attorney

/s/ Duyen H. Nguyen
DUYEN H. NGUYEN
Attorney for Claimants Ninh Tran
and James Tung Tran a/k/a Tung Tran

Settlement Agreement
No. 11-CV-1967 EMC (MEJ)                    2