1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3  MIRANDA B. KANE (CSBN 150630)
   Chief, Criminal Division
4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone:  415.436.6857
7      Facsimile:   415.436.6748

8  Attorneys for the United States of America
9
10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13
14 UNITED STATES OF AMERICA,           )    No. 11-CV-1067 EMC (MEJ)
                                       )
15            Plaintiff,                )
                                       )
16       v.                             )   JUDGMENT AND DISMISSAL
                                       )   OF THIS ACTION
17 $109,800 IN UNITED STATES           )
   CURRENCY,                           )
18                                     )
              Defendant.                )
19 _____)
                                       )
20 NINH TRAN AND JAMES TUNG TRAN       )
   a/k/a TUNG TRAN,                    )
21                                     )
              Claimants.                )
22 _____)

UPON CONSIDERATION of the parties' settlement agreement, the entire record and for good cause shown, it is by the Court on this __30th__ day of April, 2013

ORDERED, ADJUDGED AND DECREED that $54,900 of defendant $109,800 be, and hereby is, FORFEITED to the United States with direction to the United States Marshal to dispose of it in accordance with law; and it is further

ORDERED that $54,900 of defendant $109,800 will be returned to claimant Ninh Tran and James Tung Tran a/k/a Tung Tran after compliance with the terms of the Settlement Agreement and in accordance with the normal procedures which the Drug Enforcement Administration has for returning property; and it is further

ORDERED that this case be, and hereby is, DISMISSED.

_____
HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

APPROVED AS TO FORM:

_____
PATRICIA J. KENNEY
Assistant United States Attorney

_____
DUYEN H. NGUYEN
Attorney for Claimants Ninh Tran
and James Tung Tran a/k/a Tung Tran